

# Case Assignment
# Standard Criminal Assignment

Case number **3:23CR-23-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 2/22/2023 1:38:10 PM
Transaction ID: 72893

[ Request New Judge ]   [ Return ]