FILED
JAMES J. VILT, JR. - CLERK

FEB 22 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                          Criminal Action No.: 3:23-CR-23-DJH

**LEVELLE O'BANNON**                                                  DEFENDANT
**JENNIFER O'BANNON**

NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney A. Spencer McKiness hereby enters his appearance of record on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

_____
A. Spencer McKiness
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502)582-6006
FAX:   (502)582-5067
Email: spencer.mckiness@usdoj.gov