UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:23-cr-23-DJH

LEVELLE O'BANNON (1) and
JENNIFER O'BANNON (2),     Defendants.

\* \* \* \* \*

### MEMORANDUM OF HEARING AND ORDER

A status hearing was held in this matter on September 11, 2023, with the following counsel participating:

| | |
|---|---|
| For the United States: | A. Spencer McKiness |
| For Defendants: | Nicholas D. Mudd |
| | John Casey McCall |

The defendants were present. The Court and counsel discussed the procedural posture of the case. The United States reported that discovery is complete. The parties jointly requested that the Court remand the trial set for October 30, 2023, and schedule a change-of-plea hearing for each defendant. Based on the discussion during the hearing, and by agreement of the parties, it is hereby

**ORDERED** as follows:

(1) The trial of this matter, currently set for October 30, 2023, is **REMANDED** from the Court's docket. All outstanding pretrial dates and deadlines are **VACATED**.

(2) This matter is **SET** for a change-of-plea hearing as to Defendant Levelle O'Bannon (1) on **October 11, 2023, at 9:30 a.m.** at the U.S. Courthouse in Louisville, Kentucky.

(3) This matter is **SET** for a change-of-plea hearing as to Defendant Jennifer O'Bannon (2) on **October 11, 2023, at 10:00 a.m.** at the U.S. Courthouse in Louisville, Kentucky.

(4) Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that **the period of delay from September 11, 2023, to October 11, 2023, is excludable in computing the time within which the trial must commence under the Speedy Trial Act**. The Court finds that the ends of justice served by this delay outweigh the best interests of the public and the defendants in a speedy trial because the defendants and their counsel would otherwise be denied the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This delay is not due to "general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

September 12, 2023

David J. Hale, Judge
United States District Court

Court Time: 00/05
Court Reporter: Dena Legg

cc:   Jury Administrator