UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF ) <br> ) <br> v. ) <br> ) <br> LEVELLE O'BANNON (1) and ) <br> JENNIFER O'BANNON (2) ) <br> DEFENDANTS ) | CRIMINAL ACTION NO. 3:23-cr-23-DJH |

\* \* \* \* \* \* \*

<u>LEVELL O'BANNON'S UNOPPOSED MOTION TO CONTINUE PLEA DATE FOR LEVELL O'BANNON AND JENNIFER O'BANNON TO NOVEMBER 29, 2023, AT 1:30 P.M.</u>
***UNOPPOSED***
*ELECTRONICALLY FILED*

Comes Levell O'Bannon, by counsel, Nick Mudd, and hereby gives notice to this Honorable Court, and to the United States Government, that Mr. O'Bannon files this *unopposed* motion to Continue the Change of Plea hearing to November 29, 2023, at 1:30 P.M., per the date provided by this Honorable Court's Case Manager. In support of this Motion, Defendant Levell O'Bannon states the following:

1. Defendant Levelle O'Bannon and the United States Government have a tentative Agreement that the undersigned believes will resolve this case. However, Mr. O'Bannon has several additional questions regarding the paperwork received Friday, October 6, 2023, that the undersigned needs to address with Mr. O'Bannon. The undersigned would like more time to make sure there are no issues going forward with Mr. O'Bannon's Change of Plea.

2. The Undersigned counsel also would advise he is under the impression Ms. O'Bannon will be resolving her case as well, but all parties believe a report from Probation and Parole to resolve her case will not be ready until Mid-November.

3. Counsel for Mr. O'Bannon stipulates that this meets an exception for "excludable" periods of time contained in 18 U.S.C. §3161(h).

4. Because of the above, the undersigned counsel respectfully asks this Honorable Court for a continuance on a change of plea until November 29, 2023, at 1:30 P.M.

**WHEREFORE**, Counsel for Mr. O'Bannon respectfully requests the Court enter the attached order.

Respectfully submitted,

/s/ Nicholas Darrell Mudd

NICHOLAS DARRELL MUDD
BAR # 93783
MUDD LEGAL GROUP
600 W Main St.
Suite 1916
Louisville, Kentucky 40202
Phone: (502) 795-2529
Nick@MuddLegalGroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing motion was filed electronically, along with a proposed order, using the CM/ECF system, which will send notification of filing to all registered parties.

/s/ Nicholas Darrell Mudd

NICHOLAS DARRELL MUDD
Counsel for Defendant Dan Edwin Wilson