**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>PLAINTIFF )<br>)<br>v.     )<br>)<br>LEVELLE O'BANNON (1) and )<br>JENNIFER O'BANNON (2) )<br>DEFENDANTS ) | CRIMINAL ACTION NO. 3:23-cr-23-DJH |

* * * * * * *

**ORDER**

    IT IS HEREBY ORDERED that the Change of Plea date scheduled in the above-styled case shall be rescheduled to the ____ day of _____, 20___, to commence at ___:____ __.M.

_____
JUDGE, FEDERAL WESTERN DISTRICT OF KY


_____
DATE