# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                                   **PLAINTIFF**

v.                                                   **CRIMINAL ACTION NO. 3:23CR-23-DJH**
                                                                     *Electronically Filed*

**LEVELLE O'BANNON**
**JENNIFER O'BANNON**                                                                  **DEFENDANTS**

## NOTICE OF APPEARANCE

The United States, by counsel, Amy M. Sullivan, Assistant United States Attorney, hereby gives notice of her appearance in the above matter for the sole purpose of filing any necessary forfeiture documents.

                                            Respectfully submitted,

                                            MICHAEL A. BENNETT
                                            UNITED STATES ATTORNEY

                                            *s/ Amy M. Sullivan*
                                            Amy M. Sullivan
                                            Assistant United States Attorney
                                            717 West Broadway
                                            Louisville, Kentucky 40202
                                            (502) 582-5911

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2024, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                            *s/ Amy M. Sullivan*
                                            Amy M. Sullivan
                                            Assistant United States Attorney