# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**V.**                                                          **CASE ACTION NO.3:23CR-23-DJH**
                                                                            *Electronically filed*

**LEVELLE O'BANNON**
**JENNIFER O'BANNON**                                                                 **DEFENDANTS**

## NOTICE OF ADMINISTRATIVE FORFEITURE

The United States hereby gives notice that the following firearms and ammunition were administratively forfeited by the Bureau of Alcohol, Tobacco, Firearms and Explosives on November 17, 2020, and are no longer applicable to the prosecution of the defendants.

        Respectfully submitted,

        MICHAEL A. BENNETT
        UNITED STATES ATTORNEY

        s/ *Amy M. Sullivan*
        Amy M. Sullivan
        Assistant U.S. Attorney
        717 W. Broadway
        Louisville, Kentucky 40202
        (502) 582-5911
        (502) 582-5097

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2024, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

        s/ *Amy M. Sullivan*
        Amy M. Sullivan
        Assistant United States Attorney