**COMMONWEALTH OF KENTUCKY**

# UNIFORM CITATION

NOT ORIGINAL DOCUMENT
02/16/2024 01:02:23 PM
NICHOLASMUDD@GMAIL.C

**COURT**

## OFFENDER / VIOLATOR

| Field | Value |
|---|---|
| AGENCY | LOUISVILLE METRO POLICE DEPT |
| ORI | 0568000 |
| ATTN | |
| NAME: LAST, FIRST, MI, FILIAL | BRADLEY, ANDREW A |
| HOME PHONE | UNKNOWN |
| ALIAS NAME | |
| EMERGENCY PHONE | UNKNOWN |
| ADDRESS | 2528 W KENTUCKY ST |
| KENTUCKY RESIDENT STATUS | ✓ F: FULL-TIME |
| CITY | LOUISVILLE |
| STATE | KY |
| ZIP CODE | 40211 |
| MARITAL STATUS | SINGLE |
| VICTIM'S RELATIONSHIP TO OFFENDER | GIRLFRIEND |
| ID TYPE | OPERATOR'S LICENSE |
| ID ST | KY |
| ID NUMBER | B18104668 |
| S.S. NUMBER | 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 |
| HEIGHT | 6' 02" |
| WEIGHT | 220 |
| HAIR COLOR | BLACK |
| EYE COLOR | BROWN |
| ETHNIC ORIGIN | ✓ NON HISPANIC |
| DATE OF BIRTH | 07 21 2000 |
| SEX | ✓ MALE |
| RACE | ✓ BLACK |
| PLACE OF EMPLOYMENT / OCCUPATION | |
| STATE | KY |

## VEHICLE

(blank)

## DATE / TIME

| | VIOLATION DATE | VIOLATION TIME | EXACT LOCATION OF VIOLATION | CITY | COUNTY | SECTOR |
|---|---|---|---|---|---|---|
| | 04 15 2020 | 3:30 PM | 2528 W KENTUCKY ST | LOUISVILLE | JEFFERSON | 2 |
| | ARREST DATE | TIME OF ARREST | EXACT LOCATION OF ARREST | CITY | COUNTY | SECTOR |
| | 04 15 2020 | 10:26 PM | 2528 W KENTUCKY ST | LOUISVILLE | JEFFERSON | 2 |

## CHARGES AND POST-ARREST COMPLAINT

| NUMBER | | VIOLATION CODE | ASCF | STATUTE/ORD. | CHARGE(S) | STARTING CASE | ENDING CASE | DRUG TYPE |
|---|---|---|---|---|---|---|---|---|
| 1 | of 2 | 10201 | 0 | 509.020 | 1 | 8020023130 | | |
| 2 | of 2 | 00798 | 0 | 508.030 | 1 | 8020023130 | | |

**POST-ARREST COMPLAINT**

Charge 1: UNLAWFUL IMPRISONMENT - 1ST DEGREE
Charge 2: ASSAULT, 4TH DEGREE (DOMESTIC VIOLENCE) MINOR INJURY

-----ARRESTED----
Officer dispatched to 946 S. 25th St. on a domestic violence report. Per the vicitm, the listed subject, Andrew A. Bradley, had shoved and pushed the vicitm into a wall causing visible injury to her forehead. The listed subject also pushed the victim in the chest with his hand, causing pain to the victim. The victim had complaints of pain to her head and chest from the incident. The listed subject also had locked the victim in the basement and refused to let her out. The listed subject knowingly and unlawfully restrained the victim under circumstances which exposed her to a risk of serious physical injury.
See JC3 for further.
WVS ACTIVATED.

Victim: Moriah E. O'bannon, DOB: 08/11/2000, SSN: 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

## COURT

| COURT DATE | COURT TIME | | COURT LOCATION | |
|---|---|---|---|---|
| ARRESTED | | ✓ COURT / ☐ PAYABLE | Jefferson District Court - 600 West Jefferson St | |
| COURT CASE NUMBER | | | TOTAL PREPAYABLE AMOUNT | **NOT PREPAYABLE** |

## CASE

WITNESS 1 NAME / ADDRESS: (blank)
WITNESS 2 NAME / ADDRESS: (blank)

☐ SERVING WARRANT FOR OTHER AGENCY   SPECIFY: -
✓ IN-CAR VIDEO
☐ FINGERPRINTS
☐ PHOTOS
☐ EVIDENCE HELD

| OFFICER SIGNATURE | BADGE/I.D. NUMBER | ASSIGNMENT |
|---|---|---|
| NAVA, J. | 7370 | 223B |

YEAR: 20
CONTROL NUMBER: DL72390
TYPE: 2