```
        Kentucky Admini        Office of the
                         Courts
                    1001 Vandalay Drive
                     Frankfort, KY 40601

    MID:           1671019918
    TID:           1671019918
    Terminal ID:   V6457901
    Date / Time:   10/25/17 8:14 AM EDT
    Confirmation #: 72495359

    Card #:              ************0650
    Expiration Date:     ##/##
    Transaction Type:    Purchase        $22.00
    Transaction Date:    10/25/17 8:14 AM EDT
    Payment Type:        Debit
    Card Type:           Visa
    Approval Code:       218599

    Records Unit                         $20.00

                        Agency Amount:   $20.00
                        LexisNexis Service Fee: $2.00

                              Total Fee: $22.00

                        Customer Copy
```