RECORDS UNIT
1001 VANDALAY DRIVE
FRANKFORT, KY 40601



LEVELLE O'BANNON
13204 TUCKER LAKE DR.
LOUISVILLE, KY 40299



## Administrative Office of the Courts
COURTNET Criminal History Record

**AOC COURTNET DISPOSITION SYSTEM DISCLAIMER**

The **Administrative Office of the Courts (AOC) CANNOT GUARANTEE** the accuracy of the attached information. If you believe there is an error contained in the record please contact Pretrial Services at (502) 573-1682.

Information received from **COURTNET** is subject to change, reprogramming, modifications of format and availability at the direction of the AOC, and may not at any particular moment reflect the true status of court cases due to ordinary limitations, delay or error in the system's operation.

The AOC disclaims any warranty as to the validity of the information obtained from **COURTNET**. **The recipient is solely responsible for verifying information received from COURTNET through the cross-referencing of the official court record.** The AOC shall not be liable to the recipient, or to any third party using the system or information obtained thereby, for any damages whatsoever arising out of this policy, or the use of **COURTNET**.

| | | |
|---|---|---|
| **BATCH ID:** 0002544417 | MAILING **1** OF **1** | **REQUEST ID:** 30156541 |
| Payment Method : **Credit Card** | Payment Date : **10/25/2017  08:17 AM** | |
| Reference Name : **O'Bannon, Levelle** | Reference Number : **72495359** | |
| Payment Amount : **$20.00** | | |

| BATCH ID: 0002544417 | REQUEST ID: 30156541 |
|---|---|

**Request Information Provided**

| Name: | O'BANNON, LEVELLE DEMAR | | |
|---|---|---|---|
| DOB: | 1/11/1974 | DLN: | XX5550812 |

All Information Provided Above Has Been Used To Fulfill Your Request
On **10/25/2017  08:17 AM**

***** NOT AN OFFICIAL COURT RECORD *****

RECORDS UNIT | 1001 VANDALAY DRIVE | FRANKFORT, KY 40601 | (800) 928-6381

---

Name: **OBANNON, LEVELLE DE MAR**   DOB: **01/11/1974**   Gender: **M**   Race: **B**

Case Filed on **11/20/2008** in **JEFFERSON** County as case number **08-T-087841**

    Charge **1** Original Filed on 11/18/2008     0004240     NO/EXPIRED REGISTRATION PLATES
        Disposed on 12/09/2008 as DISMISSED

    Charge **2** Original Filed on 11/18/2008     0004800     FAILURE OF OWNER TO MAINTAIN REQUIRED INSURANCE/SECURITY 1ST
        Disposed on 12/09/2008 as DISMISSED

---

Name: **OBANNON, LEVELLE D**   DOB: **01/11/1974**   Gender: **M**   Race: **B**

Case Filed on **06/04/2007** in **JEFFERSON** County as case number **07-T-048930**

    Charge **1** Original Filed on 06/02/2007     0000150     SPEEDING 15MPH OVER LIMIT
        Disposed on 08/15/2007 as PRE-PAYABLE CITATION - PAID
        Sentenced on 08/15/2007

        Cost      $129.00

---

Name: **OBANNON, LEVELLE D**   DOB: **01/11/1974**   Gender: **M**   Race: **B**

Case Filed on **04/04/2006** in **JEFFERSON** County as case number **06-T-029513**

Bail of **NO BAIL SET (DEF MAY NOT POST BOND)** for the amount of **$0.00** was set on **07/11/2006** and posted on **n/a**
    10 dts

    Charge **1** Original Filed on 04/02/2006     0000430     SPEED 15 MPH OVER (LIMITED ACCESS)
        Disposed on 05/30/2006 as DISMISSED

    Charge **2** Original Filed on 04/02/2006     0001270     FAILURE TO GIVE RIGHT OF WAY TO EMERGENCY VEHICLE
        Disposed on 05/30/2006 as AMENDED DOWN

    Charge **2** Amended Filed on 05/30/2006     0001150     RECKLESS DRIVING
        Disposed on 05/30/2006 as GUILTY
        Sentenced on 05/30/2006

        Cost      $129.00

---

Name: **OBANNON, LEVELLE DE MAR**   DOB: **01/11/1974**   Gender: **M**   Race: **B**

Case Filed on **04/17/2003** in **JEFFERSON** County as case number **03-T-023790**

    Charge **1** Original Filed on 04/04/2003     0002200     NO TAIL LAMPS
        Disposed on 04/30/2003 as DISMISSED

Name: **O'BANNON, LEVELLS**   DOB: **01/11/1974**   Gender: **M**   Race: **B**

Case Filed on **12/16/1993** in **JEFFERSON** County as case number **93-CR-002811-002**

Bail of **CASH** for the amount of **$15,000.00** was set on **10/17/1994** and posted on **n/a**

LPD-PROBATION REVOCATION



| Charge **1** Original Filed on 12/16/1993 | 0130515 | COMP *OBS* ASSAULT-1ST DEGREE NON-FAMILY-IDENTIFY WEAPON |
|---|---|---|

Disposed on 04/29/1994 as AMENDED DOWN

| Charge **1** Amended Filed on 04/29/1994 | 0130414 | FACL *OBS* ASSAULT-1ST DEGREE-NON-FAMILY-GUN |
|---|---|---|

Disposed on 04/29/1994 as GUILTY
Sentenced on 04/29/1994

| Prison Assessed | 5 YRS |
| Prison Suspended | 5 YRS |
| Supervised Probation | 5 YRS |

Fine Probated

| Charge **2** Original Filed on 12/16/1993 | 0120415 | COMP *OBS* ROBBERY-1ST DEGREE-STREET-GUN |
|---|---|---|

Disposed on 04/29/1994 as AMENDED DOWN

| Charge **2** Amended Filed on 04/29/1994 | 0120414 | FACL *OBS* ROBBERY-1ST DEGREE-STREET-GUN |
|---|---|---|

Disposed on 04/29/1994 as GUILTY
Sentenced on 04/29/1994

| Prison Assessed | 5 YRS |
| Prison Suspended | 5 YRS |
| Supervised Probation | 5 YRS |

Fine Probated

| Charge **3** Original Filed on 12/16/1993 | 0015010 | CARRYING A CONCEALED DEADLY WEAPON (M) |
|---|---|---|

Disposed on 04/29/1994 as GUILTY
Sentenced on 04/29/1994

| Jail Assessed | 12 MTS |
| Jail Suspended | 12 MTS |
| Supervised Probation | 5 YRS |

Fine Probated

| Charge **4** Original Filed on 10/07/1994 | 0026680 | PROBATION VIOLATION (FOR FELONY OFFENSE) |
|---|---|---|

Disposed on 11/28/1994 as GRANTED
Sentenced on 11/28/1994

| Prison Assessed | 10 YRS |

***** NOT AN OFFICIAL COURT RECORD *****

RECORDS UNIT | 1001 VANDALAY DRIVE | FRANKFORT, KY 40601 | (800) 928-6381