

# EXPUNGEMENT ELIGIBILITY CERTIFICATION NOTICE

*\*\*Expungement certification expires 30 days from report date listed below.\*\**

Report Date: 08/09/2023

**Name:** O'BANNON, LEVELLE D  **DOB:** 01/11/1974
**Request ID:** 55923745  **SSN:** XXX-XX-8620

This expungement certification contains 3 parts: (1) Certification Notice, (2) Kentucky State Police Criminal History Report and (3) Administrative Office of the Courts Criminal Record Report. The pages are sequentially numbered for authentication purposes.

Pursuant to KRS 431.079, the Administrative Office of the Courts and the Department of Kentucky State Police hereby certify that they have conducted a search of their respective criminal history repositories and that the subject identified above is or is not eligible for an expungement pursuant to KRS 431.076 or 431.078, for the charges listed below.

| Arrest Date: | Charge | Case: | County | Eligible |
|---|---|---|---|---|
| Charge: 1 | Convicted Felon in Possession of a Handgun | 22-CR-000324 | JEFFERSON | **YES** |
| Disposition: | 06/15/2022   DISMISSED | | | |
| Charge: 2 | WANTON ENDANGERMENT-1ST DEGREE | 22-CR-000324 | JEFFERSON | **YES** |
| Disposition: | 06/15/2022   DISMISSED | | | |
| Charge: 3 | TAMPERING WITH PHYSICAL EVIDENCE | 22-CR-000324 | JEFFERSON | **YES** |
| Disposition: | 06/15/2022   DISMISSED | | | |
| Charge: 4 | CRIMINAL MISCHIEF, 1ST DEGREE | 22-CR-000324 | JEFFERSON | **YES** |
| Disposition: | 06/15/2022   DISMISSED | | | |
| Charge: 1 | COMP *OBS* ASSAULT-1ST DEGREE NON-FAMILY-IDENTIFY WEAPON | 93-CR-002811-002 | JEFFERSON | **YES** |
| Disposition: | 04/29/1994   AMENDED DOWN | | | |
| Charge: 2 | COMP *OBS* ROBBERY-1ST DEGREE-STREET-GUN | 93-CR-002811-002 | JEFFERSON | **YES** |
| Disposition: | 04/29/1994   AMENDED DOWN | | | |
| Charge: 3 | CARRYING A CONCEALED DEADLY WEAPON (M) | 93-CR-002811-002 | JEFFERSON | **YES** |
| Disposition: | 04/29/1994   GUILTY | | | |
| Charge: 1A | FACL *OBS* ASSAULT-1ST DEGREE-NON-FAMILY-GUN | 93-CR-002811-002 | JEFFERSON | **YES** |
| Disposition: | 04/29/1994   GUILTY | | | |

| Arrest Date: | | Case: | 93-CR-002811-002 | JEFFERSON | Eligible |
|---|---|---|---|---|---|
| Charge: 2A | FACL *OBS* ROBBERY-1ST DEGREE-STREET-GUN | | | | YES |
| Disposition: | 04/29/1994    GUILTY | | | | |

| Arrest Date: | | Case: | 93-CR-002811-002 | JEFFERSON | Eligible |
|---|---|---|---|---|---|
| Charge: 4 | PROBATION VIOLATION (FOR FELONY OFFENSE) | | | | YES |
| Disposition: | 11/28/1994    GRANTED | | | | |

| Arrest Date: | | Case: | 03-T-023790 | JEFFERSON | Eligible |
|---|---|---|---|---|---|
| Charge: 1 | NO TAIL LAMPS | | | | YES |
| Disposition: | 04/30/2003    DISMISSED | | | | |

| Arrest Date: | | Case: | 19-T-024471 | JEFFERSON | Eligible |
|---|---|---|---|---|---|
| Charge: 1 | SPEED 10 MPH OVER (LIMITED ACCESS) | | | | NO |
| Disposition: | 07/31/2019    AMENDED UP | | | | KRS 431.078(2) |
| | | | | | Not 5 Years(MISD)See Disposition date |

| Arrest Date: | | Case: | 19-T-024471 | JEFFERSON | Eligible |
|---|---|---|---|---|---|
| Charge: 1A | SPEED 23 MPH OVER (LIMITED ACCESS) | | | | NO |
| Disposition: | 07/31/2019    GUILTY | | | | KRS 431.078(2) |
| | | | | | Not 5 Years(MISD)See Disposition date |

| Arrest Date: | | Case: | 20-F-003650 | JEFFERSON | Eligible |
|---|---|---|---|---|---|
| Charge: 1 | WANTON ENDANGERMENT-1ST DEGREE | | | | YES |
| Disposition: | 02/15/2022    INDICTMENT BY GRAND JURY / INFORMATION | | | | |

| Arrest Date: | | Case: | 20-F-003650 | JEFFERSON | Eligible |
|---|---|---|---|---|---|
| Charge: 2 | Convicted Felon in Possession of a Handgun | | | | YES |
| Disposition: | 02/15/2022    INDICTMENT BY GRAND JURY / INFORMATION | | | | |

| Arrest Date: | | Case: | 20-F-003650 | JEFFERSON | Eligible |
|---|---|---|---|---|---|
| Charge: 3 | TAMPERING WITH PHYSICAL EVIDENCE | | | | YES |
| Disposition: | 02/15/2022    INDICTMENT BY GRAND JURY / INFORMATION | | | | |

| Arrest Date: | | Case: | 20-F-003650 | JEFFERSON | Eligible |
|---|---|---|---|---|---|
| Charge: 4 | CRIMINAL MISCHIEF, 1ST DEGREE | | | | YES |
| Disposition: | 02/15/2022    INDICTMENT BY GRAND JURY / INFORMATION | | | | |

| Arrest Date: | | Case: | 21-T-011413 | JEFFERSON | Eligible |
|---|---|---|---|---|---|
| Charge: 1 | FAILURE TO WEAR SEAT BELTS | | | | NO |
| Disposition: | 07/19/2021    PRE-PAYABLE CITATION - PAID | | | | KRS 431.078(2) |
| | | | | | Not 5 Years(MISD)See Disposition date |

***** END OF NOTICE *****

Kentucky State Police - Criminal Records Dissemination Section          1266 Louisville Road, Frankfort, KY 40601 - (502) 227-8700

```
                    * * KENTUCKY CRIMINAL HISTORY * *

KENTUCKY STATE CRIMINAL HISTORY RECORD FOR SID/00538197

THIS RAP SHEET WAS PRODUCED IN RESPONSE TO THE FOLLOWING REQUEST:

    SUBJECT NAME:         OBANNON, DEMAR
    SID NUMBER:           KY00538197

    REQUESTING AGENCY:    KYKSP3700



    RESTRICTION, WARNING, OR NOTICE

       THIS RAP SHEET CONTAINS ALL CENTRAL REPOSITORY CONVICTION DATA WHICH
       IS AVAILABLE FOR DISSEMINATION UNDER STATE AND FEDERAL LAW.

===============================================================================
                              IDENTIFICATION

    SID NUMBER:
    KY00538197

    NAME(S) USED:
                          OBANNON, DEMAR
                          OBANNON, LEVELLS DEMAR
                          OBANNON, LEVELLS
                          OBANNON, LEVELLE
    DATE OF BIRTH(S):
                          01/11/1974
    SSN#(S):
                          404948620
    OPERATOR LICENSE:
                          404948620 KY

    SEX: M   RACE: B   HEIGHT: 602   WEIGHT: 230   EYE: BRO   HAIR: BLK
-------------------------------------------------------------------------------
                          SCARS, MARKS, TATTOOS

    SMT CODE:             KSPLEGACY
    SMT TRANSLATION:
    DESCRIPTION:
    COMMENT:              BIRTHMARK,LF LEG;SCAR,RT ARM,LF ARM
-------------------------------------------------------------------------------
    PLACE OF BIRTH:       KENTUCKY
    CITIZENSHIP:
    RESIDENCES:           2025 BROWNSBORO RD
                          LOUISVILLE, KY 40206 US (11/18/1994)
                          ----
-------------------------------------------------------------------------------
    ON PROBATION: NO                     FELONY: YES
===============================================================================
                              CRIMINAL HISTORY

    *ARREST *2

    ARREST DATE:          04/15/2020
    ARREST ORI/NAME:      KY0568000
                          LOUISVILLE METRO POLICE DEPARTMENT
    FINGERPRINTING ORI:   KY056023C
    ARREST NAME:          OBANNON, LEVELLE
    COMMENT:
```

55923745 :: 000003 of 000011

```
CHARGE:                1
OFFENSE:               13201 / WANTON ENDANGERMENT-1ST DEGREE
OFFENSE DATE:          04/15/2020
SEVERITY:              FELONY
COUNTS:                1
KRS:                   508.060
ASCF:                  NONE
CITATION NUMBER:       0P2843072
POLICE CASE:

*DISPOSITION *

DISPOSITION DATE:      06/15/2022
COURT LOCATION:        JEFFERSON
COURT NAME:            CIRCUIT COURT
COURT CASE NUMBER:     22-CR-000324

CHARGE:                1
DISPOSITION:           DISMISSED
FINAL OFFENSE:         13201 / WANTON ENDANGERMENT-1ST DEGREE
COUNTS:                1
ASCF:                  NONE
SEVERITY:              FELONY
CITATION NUMBER:       0P2843072

CHARGE:                2
DISPOSITION:           DISMISSED
FINAL OFFENSE:         52197 / POSSESSION OF HANDGUN BY CONVICTED FELON
COUNTS:                1
ASCF:                  NONE
SEVERITY:              FELONY
CITATION NUMBER:       0P2843072

CHARGE:                3
DISPOSITION:           DISMISSED
FINAL OFFENSE:         50230 / TAMPERING WITH PHYSICAL EVIDENCE
COUNTS:                1
ASCF:                  NONE
SEVERITY:              FELONY
CITATION NUMBER:       0P2843072

CHARGE:                4
DISPOSITION:           DISMISSED
FINAL OFFENSE:         01401 / CRIMINAL MISCHIEF, 1ST DEGREE
COUNTS:                1
ASCF:                  NONE
SEVERITY:              FELONY
CITATION NUMBER:       0P2843072
```
---
```
*ARREST *1

ARREST DATE:           11/06/1993
ARREST ORI/NAME:       KY0560200
                       LOUISVILLE PD
ARREST NAME:           OBANNON,LEVELLS DEMAR

CHARGE:                1
OFFENSE:               13051 / ASSAULT 1ST DEGREE NON-FAMILY (IDENTIFY WEAPON) (
                       OBS)
SEVERITY:              FELONY
COUNTS:                1
KRS:                   508.010
ASCF:                  NONE
CITATION NUMBER:       344926022

CHARGE:                2
OFFENSE:               12041 / ROBBERY 1ST DEGREE-STREET-GUN (OBS)
SEVERITY:              FELONY
```

55923745 : : 000004 of 000011

```
COUNTS:                 1
KRS:                    515.020
ASCF:                   NONE
CITATION NUMBER:        344926022

CHARGE:                 3
OFFENSE:                52020 / CARRYING A CONCEALED DEADLY WEAPON-SPECIFY
                        WEAPON (OBS)
SEVERITY:               FELONY
COUNTS:                 1
KRS:                    527.020
ASCF:                   NONE
CITATION NUMBER:        344926022

*DISPOSITION *

DISPOSITION DATE:       04/29/1994
COURT LOCATION:         JEFFERSON
COURT NAME:             DISTRICT COURT
COURT CASE NUMBER:      93-CR-002811-002

CHARGE:                 1
DISPOSITION:            AMEND
FINAL OFFENSE:          13051 / ASSAULT 1ST DEGREE NON-FAMILY (IDENTIFY WEAPON) (
                        OBS)
COUNTS:                 1
ASCF:                   COMPLICITY
SEVERITY:               FELONY
CITATION NUMBER:        344926022

CHARGE:                 1
DISPOSITION:            GUILTY
FINAL OFFENSE:          13041 / ASSAULT 1ST DEGREE-NON-FAMILY-GUN (OBS)
COUNTS:                 1
ASCF:                   FACILITATION
SEVERITY:               FELONY
CITATION NUMBER:        344926022
SENTENCE:               5 YEARS PRISON, 5 YEARS SUSPENDED
PROBATION:              5 YEARS SUPERVISED

CHARGE:                 2
DISPOSITION:            AMEND
FINAL OFFENSE:          12041 / ROBBERY 1ST DEGREE-STREET-GUN (OBS)
COUNTS:                 1
ASCF:                   COMPLICITY
SEVERITY:               FELONY
CITATION NUMBER:        344926022

CHARGE:                 2
DISPOSITION:            GUILTY
FINAL OFFENSE:          12041 / ROBBERY 1ST DEGREE-STREET-GUN (OBS)
COUNTS:                 1
ASCF:                   FACILITATION
SEVERITY:               FELONY
CITATION NUMBER:        344926022
SENTENCE:               5 YEARS PRISON, 5 YEARS SUSPENDED
PROBATION:              5 YEARS SUPERVISED

CHARGE:                 3
DISPOSITION:            AMEND
FINAL OFFENSE:          52020 / CARRYING A CONCEALED DEADLY WEAPON-SPECIFY
                        WEAPON (OBS)
COUNTS:                 1
ASCF:                   NONE
SEVERITY:               FELONY
CITATION NUMBER:        344926022

CHARGE:                 3
```

Case 3:23-cr-00023-DJH   Document 37-4   Filed 02/20/24   Page 6 of 11 PageID #: 175

Kentucky State Police - Criminal Records Dissemination Section                     1266 Louisville Road, Frankfort, KY 40601 - (502) 227-8700

```
DISPOSITION:            GUILTY
FINAL OFFENSE:          01501 / CARRYING A CONCEALED WEAPON
COUNTS:                 1
ASCF:                   NONE
SEVERITY:               MISDEMEANOR
CITATION NUMBER:        344926022
SENTENCE:               12 MONTHS JAIL, 12 MONTHS SUSPENDED
PROBATION:              5 YEARS SUPERVISED

CHARGE:                 4
DISPOSITION:            GRANTED
FINAL OFFENSE:          02668 / PROBATION VIOLATION (FOR FELONY OFFENSE)
COUNTS:                 1
ASCF:                   NONE
SEVERITY:               OTHER
SENTENCE:               10 YEARS PRISON
------------------------------------------------------------------------

*DISPOSITION*
*UNASSOCIATED*

*COMMITMENT/SENTENCING INFORMATION*

COMMITMENT ORI/NAME:    KY093015C STATE REFORMATORY LA GRANGE
NAME USED               OBANNON, DEMAR
DATE RECEIVED:          11/18/1994
CONFINEMENT TYPE:       PRISON/JAIL
CONFINEMENT TERM:       C2 PRI/JAIL 120

CHARGE:                 1
DISPOSITION:            GUILTY
FINAL OFFENSE:          13041 / ASSAULT 1ST DEGREE-NON-FAMILY-GUN (OBS)
COUNTS:                 1
ASCF:                   FACILITATION
SEVERITY:               FELONY
CITATION NUMBER:        A53819701
COMMENTS:               JEFFERSON 93-CR-002811-002
SENTENCE:               5 YEARS PRISON

CHARGE:                 2
DISPOSITION:            GUILTY
FINAL OFFENSE:          12041 / ROBBERY 1ST DEGREE-STREET-GUN (OBS)
COUNTS:                 1
ASCF:                   FACILITATION
SEVERITY:               FELONY
CITATION NUMBER:        A53819701
COMMENTS:               JEFFERSON 93-CR-002811-002
SENTENCE:               5 YEARS PRISON
------------------------------------------------------------------------

========================================================================
                        INDEX OF AGENCIES

AGENCY ORI/NAME:        KY0560200
                        LOUISVILLE PD
PHONE NUMBER:           502-574-2436
STREET ADDRESS:         633 WEST JEFFERSON STREET
CITY, STATE, ZIP:       LOUISVILLE KY 40202
COUNTY:                 JEFFERSON
-----
AGENCY ORI/NAME:        KY0568000
                        LOUISVILLE METRO POLICE DEPARTMENT
PHONE NUMBER:           502-574-7660
STREET ADDRESS:         633 WEST JEFFERSON STREET
CITY, STATE, ZIP:       LOUISVILLE KY 40202
COUNTY:                 JEFFERSON
-----
AGENCY ORI/NAME:        KY093015C
```

Kentucky State Police - Criminal Records Dissemination Section                    1266 Louisville Road, Frankfort, KY 40601 - (502) 227-8700

```
                        STATE REFORMATORY LA GRANGE
    PHONE NUMBER:       502-222-9441
    STREET ADDRESS:     3001 WEST HIGHWAY 146
    CITY, STATE, ZIP:   LA GRANGE KY 40032
    COUNTY:             OLDHAM
    -----

END OF RECORD

MRI 774433 IN: SCHS 9907 AT 09AUG2023 13:51:53 OUT: NS42 508 AT 09AUG2023 13:51:53
```

RECORDS UNIT
1001 VANDALAY DRIVE
FRANKFORT, KY 40601

LEVELLE D O'BANNON
600 W MAIN ST
SUITE 300
LOUISVILLE, KY 40202



# Administrative Office of the Courts
COURTNET Criminal History Record

## AOC COURTNET DISPOSITION SYSTEM DISCLAIMER

Enclosed is a copy of information on cases you have had in Kentucky Courts. This **COURTNET** Disposition System record is being provided for your information. This request is generally made for **government housing, pre-employment searches, childcare workers, adoptions, or other purposes.**

This request was made by **MUDD LEGAL GROUP** and they have received a copy of this information. If you believe it contains any errors, or you have any questions, please feel free to contact us at **(502) 573-1682** or **(800) 928-6381**

The **Administrative Office of the Courts (AOC) CANNOT GUARANTEE** the accuracy of the attached information. If you believe there is an error contained in the record please contact Records Unit at (502) 573-1682.

Information received from **COURTNET** is subject to change, reprogramming, modifications of format and availability at the direction of the AOC, and may not at any particular moment reflect the true status of court cases due to ordinary limitations, delay or error in the system's operation.

The AOC disclaims any warranty as to the validity of the information obtained from **COURTNET**. **The recipient is solely responsible for verifying information received from COURTNET through the cross-referencing of the official court record.** The AOC shall not be liable to the recipient, or to any third party using the system or information obtained thereby, for any damages whatsoever arising out of this policy, or the use of **COURTNET**.

**BATCH ID:** 0003867119    MAILING **1** OF **1**    **REQUEST ID:** 55923745

*0102*    Page 1 of 4

| BATCH ID: 0003867119 | REQUEST ID: 55923745 |
|---|---|

| Request Information Provided ||
|---|---|
| Name: | **O'BANNON, LEVELLE D** |
| Alias: | **AKA LEVELLS O'BANNON** |
|  | **JEFFERSON - 93-CR-002811-002** |
| DOB: | **1/11/1974**    DLN: **XX8550812** |

All Information Provided Above Has Been Used To Fulfill Your Request
On **05/18/2023  02:57 PM**

***** NOT AN OFFICIAL COURT RECORD *****

RECORDS UNIT | 1001 VANDALAY DRIVE | FRANKFORT, KY 40601 | (800) 928-6381

---

Name: **O'BANNON, LEVELLE DEMAR**   DOB: **01/11/1974**   Gender: **M**   Race: **B**

Case Filed on **02/16/2022** in **JEFFERSON** County as case number **22-CR-000324**

> Bail of **CASH** for the amount of **$10,000.00** was set on **02/21/2022** and posted on **n/a**
> make all court appearances   previously posted
> No New Arrests of Violations

Charge **1** Original Filed on 02/15/2022         0521970    Convicted Felon in Possession of a Handgun
   Disposed on 06/15/2022 as DISMISSED

Charge **2** Original Filed on 02/15/2022         0132010    WANTON ENDANGERMENT-1ST DEGREE
   Disposed on 06/15/2022 as DISMISSED

Charge **3** Original Filed on 02/15/2022         0502300    TAMPERING WITH PHYSICAL EVIDENCE
   Disposed on 06/15/2022 as DISMISSED

Charge **4** Original Filed on 02/15/2022         0014010    CRIMINAL MISCHIEF, 1ST DEGREE
   Disposed on 06/15/2022 as DISMISSED

---

Name: **OBANNON, LEVELLE DEMAR**   DOB: **01/11/1974**   Gender: **M**   Race: **B**

Case Filed on **05/31/2021** in **JEFFERSON** County as case number **21-T-011413**

Charge **1** Original Filed on 05/28/2021         0004990    FAILURE TO WEAR SEAT BELTS
   Disposed on 07/19/2021 as PRE-PAYABLE CITATION - PAID
   Sentenced on 07/19/2021

> Fine        $25.00

Name: **OBANNON, LEVELLE D**   DOB: **01/11/1974**   Gender: **M**   Race: **B**

Case Filed on **04/16/2020** in **JEFFERSON** County as case number **20-F-003650**

> Bail of **CASH** for the amount of **$10,000.00** was set on **04/16/2020** and posted on **04/16/2020**
>
> BB REF$5,000 CHK#02-140013 TO ATTY. NICHOLAS MUDD (PER BOND ASSIGNMENT)& BB REF$5,000 CHK#02-140019 TO JO O'BANNON BOTH CHECKS WERE ISSUED ON 07/22/2022.
> No Contact w/Complaining Witness/Victim
> No New Arrests of Violations
> Other - Details in Memo

Charge **1** Original Filed on 04/15/2020        0132010    WANTON ENDANGERMENT-1ST DEGREE
   Disposed on 02/15/2022 as INDICTMENT BY GRAND JURY / INFORMATION

Charge **2** Original Filed on 04/15/2020        0521970    Convicted Felon in Possession of a Handgun
   Disposed on 02/15/2022 as INDICTMENT BY GRAND JURY / INFORMATION

Charge **3** Original Filed on 04/15/2020        0502300    TAMPERING WITH PHYSICAL EVIDENCE
   Disposed on 02/15/2022 as INDICTMENT BY GRAND JURY / INFORMATION

Charge **4** Original Filed on 04/15/2020        0014010    CRIMINAL MISCHIEF, 1ST DEGREE
   Disposed on 02/15/2022 as INDICTMENT BY GRAND JURY / INFORMATION

Name: **OBANNON, LEVELLE D**   DOB: **01/11/1974**   Gender: **M**   Race: **B**

Case Filed on **06/25/2019** in **JEFFERSON** County as case number **19-T-024471**

> Bail of **CASH** for the amount of **$134.00** was set on **03/04/2020** and posted on **n/a**
>
>    134.00 rip

Charge **1** Original Filed on 06/24/2019        0000380    SPEED 10 MPH OVER (LIMITED ACCESS)
   Disposed on 07/31/2019 as AMENDED UP

Charge **1** Amended Filed on 07/31/2019        0000510    SPEED 23 MPH OVER (LIMITED ACCESS)
   Disposed on 07/31/2019 as GUILTY
   Sentenced on 07/31/2019

>   Cost                        $134.00

Name: **OBANNON, LEVELLE DE MAR**   DOB: **01/11/1974**   Gender: **M**   Race: **B**

Case Filed on **04/17/2003** in **JEFFERSON** County as case number **03-T-023790**

Charge **1** Original Filed on 04/04/2003        0002200    NO TAIL LAMPS
   Disposed on 04/30/2003 as DISMISSED

*0202*                                                                                       Page 3 of 4

Name: **O'BANNON, LEVELLS**   DOB: **01/11/1974**   Gender: **M**   Race: **B**

Case Filed on **12/16/1993** in **JEFFERSON** County as case number **93-CR-002811-002**

Bail of **CASH** for the amount of **$15,000.00** was set on **10/17/1994** and posted on **n/a**
LPD-PROBATION REVOCATION

| Charge 1 Original Filed on 12/16/1993 | 0130515 | COMP *OBS* ASSAULT-1ST DEGREE NON-FAMILY-IDENTIFY WEAPON |
|---|---|---|

Disposed on 04/29/1994 as AMENDED DOWN

Charge 1 Amended Filed on 04/29/1994   0130414   FACL *OBS* ASSAULT-1ST DEGREE-NON-FAMILY-GUN

Disposed on 04/29/1994 as GUILTY
Sentenced on 04/29/1994

| Prison Assessed | 5 YRS |
| Prison Suspended | 5 YRS |
| Supervised Probation | 5 YRS |

Fine Probated

Charge 2 Original Filed on 12/16/1993   0120415   COMP *OBS* ROBBERY-1ST DEGREE-STREET-GUN

Disposed on 04/29/1994 as AMENDED DOWN

Charge 2 Amended Filed on 04/29/1994   0120414   FACL *OBS* ROBBERY-1ST DEGREE-STREET-GUN

Disposed on 04/29/1994 as GUILTY
Sentenced on 04/29/1994

| Prison Assessed | 5 YRS |
| Prison Suspended | 5 YRS |
| Supervised Probation | 5 YRS |

Fine Probated

Charge 3 Original Filed on 12/16/1993   0015010   CARRYING A CONCEALED DEADLY WEAPON (M)

Disposed on 04/29/1994 as GUILTY
Sentenced on 04/29/1994

| Jail Assessed | 12 MTS |
| Jail Suspended | 12 MTS |
| Supervised Probation | 5 YRS |

Fine Probated

Charge 4 Original Filed on 10/07/1994   0026680   PROBATION VIOLATION (FOR FELONY OFFENSE)

Disposed on 11/28/1994 as GRANTED
Sentenced on 11/28/1994

| Prison Assessed | 10 YRS |

***** NOT AN OFFICIAL COURT RECORD *****
RECORDS UNIT | 1001 VANDALAY DRIVE | FRANKFORT, KY 40601 | (800) 928-6381