# Certificate of License

THIS IS TO CERTIFY

Bro. Levell D. O Bannon

who has given evidence that God has called him into

## THE GOSPEL MINISTRY

was Licensed to preach the Gospel as he may have opportunity, and to exercise his gifts in the work of the Ministry

by   Tabernacle Missionary  Baptist Church   Church

at   714 SouthShelby, Louisville, Kentucky

on the   16th   day of   February  , 19 97

*Sister Daisy Gore*, Clerk

*Wm. McDaniel*, Pastor

CODE 4322-02 BROADMAN & HOLMAN SUPPLIES, NASHVILLE, TN, PRINTED IN U.S.A.