

September 21, 2022

**CONFIDENTIAL**

Levelle D Obannon
10501 Meeting St. #201
Prospect, KY 40059

**Re: Estimated Jeffboat Benefits under the American Commercial Barge Line LLC Pension Plan**

Dear Levelle:

We have estimated the benefits payable to you at the dates you requested. Please review the data used in the calculations. Please review the data used in the calculations. If any of the information is incorrect, contact the ACBL Pension Service Center at (866) 806-4340 to obtain a revised calculation.

**Your Personal Data**

| Basic Data | |
|---|---|
| Date of Birth - Participant | 1/11/1974 |
| Date of Birth - Spouse | 11/21/1974 |
| Original Date of Hire | 10/12/1999 |
| Date of Termination | 1/8/2007 |
| Normal Retirement Date | 2/1/2036 |
| Date of Benefit Commencement | 2/1/2029 |
| Accrued Benefit Commencing at Normal Retirement Date (5 Year Certain & Life Annuity) | $266.40 |