Kentucky.gov



# Kentucky Secretary of State
# Michael G. Adams

Business Entity Search

File Annual Report

Form an LLC

Business Registration Portal

Name Availability Search

Business Forms Library

Prepaid Account Status

Current Officer Search

Founding Officer Search

Registered Agent Search

Validate Certificate of Existance/Authorization

# INTEGRITY REAL ESTATE SOLUTIONS, LLC

[ Reinstatement Application ]   [ File Certificate of Assumed Name (DBA) ]
[ File Registered Agent Resignation ]

[ Printable Forms ]   Subscribe to changes made to this entity

## General Information

| | |
|---|---|
| Organization Number | 0652973 |
| Name | INTEGRITY REAL ESTATE SOLUTIONS, LLC |
| Profit or Non-Profit | Unknown |
| Company Type | KLC - Kentucky Limited Liability Company |
| Status | I - Inactive |
| Standing | B - Bad |
| State | KY |
| File Date | 12/15/2006 |
| Organization Date | 12/15/2006 |
| Last Annual Report | 8/9/2007 |
| Principal Office | 11709 DEARING WOODS DRIVE LOUISVILLE, KY 40272 |
| Managed By | Managers |
| Registered Agent | LEVELLE O'BANNON 11709 DEARING WOODS DRIVE LOUISVILLE, KY 40272 |

[ Show Current Officers ]
[ Hide Initial Officers ]

**Individuals / Entities listed at time of formation**

| Title | Officer |
|---|---|
| Organizer | LEVELLE O'BANNON |
| Organizer | JENNIFER O'BANNON |

Show Images

Show Former Names

Show Activities

Contact   Site Map

Privacy   Security   Disclaimer   Accessibility

© Commonwealth of Kentucky
All rights reserved.

Kentucky Unbridled Spirit