

# The Home Builders Association of Louisville

This is to certify that

## Levelle O'Bannon

has successfully completed the
"Advance Estimating - Using Formulas from Foundation to Finish"
course worth 4 credit(s) towards
HBAL Continuing Education & Inspections, Permits & Licensing Credit.

Class date: Mar 27, 2012

(course worth 4 credit(s) towards Total Credit Hour(s) - HBAL & IPL Apply)

Paul Miele
Chairman, Educ. Committee

Margie Brangers
HBAL Representative

Distributor of Carrier
Koch Air LLC
turn to the experts



# The Home Builders Association of Louisville

This is to certify that

## Levelle O'Bannon

has successfully completed the
"Window Installation"
course worth 2 credit(s) towards
HBAL Continuing Education & Inspections, Permits & Licensing Credit.

Class date:   Mar 27, 2012

(course worth 2 credit(s) towards Total Credit Hour(s) - HBAL & IPL Apply)

Paul Miele
Chairman, Educ. Committee

Margie Brangers
HBAL Representative