

## Official Transcript

JEFFERSON COMMUNITY AND TECHNICAL COLLEGE
727 West Chestnut Street
Louisville, KY 40203

**Name:** Levelle Demar Obannon
**Student ID:** 002000261

SSN: XXX-XX-8620
Birthdate: 01/ 11
Student Address: 13204 Tucker Lake Dr
Louisville, KY 40299
Print Date: 10/02/2023

### Beginning of Undergraduate Record

**Fall 2012**

| Campus | Course | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| JFCSW | CIT 105 | Introduction to Computers | 3.000 | 3.000 | C | 6.000 |
| JFC | ENG 101 | Writing I | 3.000 | 3.000 | A | 12.000 |
| JFCTC | ISX 100 | Industrial Safety | 3.000 | 3.000 | A | 12.000 |
| JFC | MAT 65 | Basic Algebra | 3.000 | 3.000 | A | 0.000 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | 3.333 | Term Totals | 12.000 | 12.000 | 9.000 | 30.000 |
| Cum GPA | 3.333 | Cum Totals | 12.000 | 12.000 | 9.000 | 30.000 |

**Spring 2013**

| Campus | Course | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| JFCTC | ACR 100 | Refrigeration Fundamentals | 3.000 | 3.000 | A | 12.000 |
| JFCTC | ACR 101 | Refrigeration Fundamentals Lab | 2.000 | 2.000 | A | 8.000 |
| JFCTC | ACR 102 | HVAC Electricity | 3.000 | 3.000 | A | 12.000 |
| JFCTC | ACR 103 | HVAC Electricity Lab | 2.000 | 2.000 | A | 8.000 |
| JFCCA | PSY 110 | General Psychology | 0.000 | 0.000 | E | 0.000 |
| Repeated: | | Exclude Repeated Course | | | | |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | 4.000 | Term Totals | 10.000 | 10.000 | 10.000 | 40.000 |
| Cum GPA | 3.684 | Cum Totals | 22.000 | 22.000 | 19.000 | 70.000 |

**Fall 2013**

| Campus | Course | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| JFCTC | ACR 130 | Electrical Components | 3.000 | 3.000 | A | 12.000 |
| JFCTC | ACR 131 | Electrical Components Lab | 2.000 | 2.000 | A | 8.000 |
| JFCTC | ACR 250 | Cooling and Dehumidification | 3.000 | 3.000 | A | 12.000 |
| JFCTC | ACR 251 | Cooling & Dehumidification Lab | 2.000 | 2.000 | A | 8.000 |
| HZCLE | PSY 110 | General Psychology | 3.000 | 3.000 | B | 9.000 |
| Repeated: | | Accept Best Grade | | | | |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | 3.769 | Term Totals | 13.000 | 13.000 | 13.000 | 49.000 |
| Cum GPA | 3.719 | Cum Totals | 35.000 | 35.000 | 32.000 | 119.000 |

**Spring 2014**

| Campus | Course | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| JFCTC | ACR 170 | Heat Load/Duct Design | 3.000 | 3.000 | A | 12.000 |
| JFCTC | ACR 260 | Heating and Humidification | 3.000 | 3.000 | B | 9.000 |
| JFCTC | ACR 261 | Heating and Humidification Lab | 3.000 | 3.000 | B | 9.000 |
| JFCTC | ACR 270 | Heat Pump Application | 3.000 | 3.000 | A | 12.000 |
| JFCTC | ACR 271 | Heat Pump Application Lab | 2.000 | 2.000 | B | 6.000 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | 3.429 | Term Totals | 14.000 | 14.000 | 14.000 | 48.000 |
| Cum GPA | 3.630 | Cum Totals | 49.000 | 49.000 | 46.000 | 167.000 |

**Fall 2014**

| Campus | Course | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| JFCTC | ACR 200 | Commercial Refrigeration | 3.000 | 3.000 | B | 9.000 |
| JFCTC | ACR 201 | Commercial Refrigeration Lab | 2.000 | 2.000 | B | 6.000 |
| JFCTC | ACR 290 | Journeyman Preparation | 3.000 | 3.000 | B | 9.000 |
| JFC | BIO 112 | Introduction to Biology | 0.000 | 0.000 | E | 0.000 |
| Repeated: | | Exclude Repeated Course | | | | |
| JFC | MAT 105 | Business Mathematics | 3.000 | 3.000 | D | 3.000 |
| JFCCA | MUS 222 | History & Sociology Rock Music | 3.000 | 3.000 | B | 9.000 |



Registrar

Page 2 of 3



**KCTCS**

**Official Transcript**

JEFFERSON COMMUNITY AND TECHNICAL COLLEGE
727 West Chestnut Street
Louisville, KY 40203

Name: Levelle Demar Obannon
Student ID: 002000261

|  |  | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|
| Term GPA | 2.571 Term Totals | 14.000 | 14.000 | 14.000 | 36.000 |
| Cum GPA | 3.383 Cum Totals | 63.000 | 63.000 | 60.000 | 203.000 |

**Spring 2015**

| Campus | Course | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| JFC | BIO 112 | Introduction to Biology | 3.000 | 0.000 | W | 0.000 |
| JFCSW | SOC 101 | Intro to Sociology | 3.000 | 0.000 | E | 0.000 |
|  | Repeated: | Accept Best Grade |  |  |  |  |

|  |  | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|
| Term GPA | 0.000 Term Totals | 6.000 | 0.000 | 3.000 | 0.000 |
| Cum GPA | 3.222 Cum Totals | 69.000 | 63.000 | 63.000 | 203.000 |

**Fall 2015**

| Campus | Course | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| JFC | BIO 112 | Introduction to Biology | 3.000 | 3.000 | B | 9.000 |
|  | Repeated: | Accept Best Grade |  |  |  |  |
| JFC | SOC 101 | Intro to Sociology | 0.000 | 0.000 | E | 0.000 |
|  | Repeated: | Exclude Repeated Course |  |  |  |  |

|  |  | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|
| Term GPA | 3.000 Term Totals | 3.000 | 3.000 | 3.000 | 9.000 |
| Cum GPA | 3.212 Cum Totals | 72.000 | 66.000 | 66.000 | 212.000 |

**Undergraduate Career Totals**

|  |  | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|
| Cum GPA: | 3.212 Cum Totals | 66.000 | 66.000 | 66.000 | 212.000 |
| Combined Cum GPA | 3.212 Comb Totals | 72.000 | 66.000 | 66.000 | 212.000 |

**Degrees Awarded**

College: JEFFERSON COMMUNITY AND TECHNICAL COLLEGE
Degree: Certificate
Confer Date: 05/11/2014
Plan: Environmental Control System Servicer
Plan: Environmental System Repair Helper

---

College: JEFFERSON COMMUNITY AND TECHNICAL COLLEGE
Degree: Diploma
Confer Date: 12/14/2014
Plan: Heating, Ventilation, and Air Conditioning Mechanic

---

College: JEFFERSON COMMUNITY AND TECHNICAL COLLEGE
Degree: Certificate
Confer Date: 12/14/2014
Plan: Domestic Air Conditioner & Furnace Installer

**General Education Summary**
**AH**
  MUS 222
**SB**
  PSY 110
**SN**
  BIO 112
**WC**
  ENG 101


Registrar

Page 3 of 3



JEFFERSON COMMUNITY AND TECHNICAL COLLEGE
727 West Chestnut Street
Louisville, KY 40203

**Name:** Levelle Demar Obannon
**Student ID:** 002000261

To obtain the KCTCS Transcript Legend, please contact the Registrar's Office

End of Official Transcript

**Official Transcript**



*Amanda Tindall*
Registrar