

11/01/2018

LEVELLE O'BANNON
9210 EMINENCE CT.
LOUISVILLE, KY  40059

Thank you for choosing Mainstream Engineering Corporation for your EPA Section 608 Certification needs. Mainstream has graded your EPA Section 608 Type I Open Book exam and reports the following test results:

Core Score: 21 of 25
Type I Score: 21 of 25

A passing score for the test is 21 correct out of a possible 25 in each section, and both the Core and Type I sections must be passed to receive a certification. Based on your scores you have successfully completed the EPA Section 608 Type I Open Book Certification.

Congratulations on passing the EPA Section 608 Type I Open Book Certification exam!

Your certification number is **825CD722F0B601D30**

If you have any questions concerning your test results or if you would like information about other Mainstream products, please contact Mainstream Engineering Corporation at 800-866-3550 or visit us on the web at www.epatest.com.

Remember, if you wish to obtain Type II, Type III, or Universal Certification, you must retake the Core portion of the exam in a proctored environment.

Sincerely,

*Lisa Rineholt*
Lisa Rineholt
TEST SUPERVISOR

200 Yellow Place • Rockledge, FL 32955 • 800.866.3550 • 321.631.3550 • *fax* 321.631.3552
www.qwik.com • www.epatest.com • www.mainstream-engr.com

EPA000031 / 10010202



# OFFICIAL RESULTS REPORT

595 - Kentucky Master HVAC



| | | | |
|---|---|---|---|
| **Name:** | Levelle OBannon | **Candidate ID:** | ICNON180277 |
| **Address:** | 10501 Meeting Street #201 | **Date:** | 6/27/2022 |
| | Louisville    KY    40059 | | |

### EXAMINATION RESULT: **PASS**

Congratulations! You have passed the above-named examination. You will be able to verify your pass status on the ICC website within 48-72 business hours after your exam. **Please contact your participating jurisdiction if you wish to pursue licensing.**

A passing score on this examination satisfies the testing requirements for licensure only, and does not guarantee that licensing will be granted. The candidate must also satisfy all local ordinance requirements in each jurisdiction where licensing is desired.

It is extremely important that you notify Pearson VUE and ICC of any changes in name and/or address to avoid the possibility of future correspondence not being received. Please contact both Pearson VUE at 877-234-6082 and ICC at 888-422-7233 ext. 5524 with changes to your name and address.

ICC reserves the right to amend or withhold any examination scores if, in its sole opinion, there is adequate reason to question their validity.

*The authenticity of this score report can be validated by using Pearson VUE's Online Score Report Authentication found at:*
www.PearsonVUE.com/authenticate
*Digital embossing eliminates the possibility of unauthorized embossing of counterfeit score reports.*

Registration Number:    422879219          Validation Number:    983881647



# OFFICIAL RESULTS REPORT

### 231 - Kentucky Business and Law



| | | | |
|---|---|---|---|
| **Name:** | Levelle OBannon | **Candidate ID:** | ICNON180277 |
| **Address:** | 10501 Meeting Street #201 | **Date:** | 6/30/2022 |
| | Louisville    KY    40059 | | |

## EXAMINATION RESULT: **PASS**

Congratulations! You have passed the above-named examination. You will be able to verify your pass status on the ICC website within 48-72 business hours after your exam. **Please contact your participating jurisdiction if you wish to pursue licensing.**

A passing score on this examination satisfies the testing requirements for licensure only, and does not guarantee that licensing will be granted. The candidate must also satisfy all local ordinance requirements in each jurisdiction where licensing is desired.

It is extremely important that you notify Pearson VUE and ICC of any changes in name and/or address to avoid the possibility of future correspondence not being received. Please contact both Pearson VUE at 877-234-6082 and ICC at 888-422-7233 ext. 5524 with changes to your name and address.

ICC reserves the right to amend or withhold any examination scores if, in its sole opinion, there is adequate reason to question their validity.

*The authenticity of this score report can be validated by using Pearson VUE's Online Score Report Authentication found at: www.PearsonVUE.com/authenticate
Digital embossing eliminates the possibility of unauthorized embossing of counterfeit score reports.*

| | | | |
|---|---|---|---|
| *Registration Number:* | 422879514 | *Validation Number:* | 939996399 |



(/Public/Home)

Sign Up (https://dept-hbc-ky.smartgovcommunity.com/Public/OpenIdConnectAuthorizationCodeFlow/InitiateAuthorizationCodeFlow)
or Log In (https://dept-hbc-ky.smartgovcommunity.com/Public/OpenIdConnectAuthorizationCodeFlow/InitiateAuthorizationCodeFlow)

**HJ18507** Journeyman HVAC Mechanic         Contact (mailto:?subject=[License %23HJ18507])

| Business: | Status: | Effective: 2/1/2023 |
|---|---|---|
| Legacy Htg & Air LLC | Active | Expires: 1/31/2024 |

Contacts

**Contacts**

Employer:  Legacy Htg & Air LLC
Licensee:  Levelle D O'Bannon



Current HVAC license

Kentucky Housing,         Privacy Policy          Refund Policy
Buildings and          (/Public/PrivacyPolicy)   (/Public/RefundPolicy)
Construction
(http://dhbc.ky.gov/Pages/default.aspx)

State Holiday       Security         Disclaimer        Accessibility
Schedule       (http://kentucky.gov/polic(http://kentucky.gov/polic(http://kentucky.gov/policies/Pages/accessibility.asp
(https://personnel.ky.gov/pages/leave.aspx)

Powered by SmartGov, © 2011 - 2023 Brightly Software, Inc. (http://www.smartgovcommunity.com)