# CERTIFICATE OF COMPLETION

## TEXAS Online Adjuster Pre-Licensing Course
Classroom Equivalent/Self Study

Course Number: 16269
Completion Date: 10/18/2017
Final Exam Grade: 105 / 150

Student Name: Levelle O'Bannon
Address: 1520 Beckley Ave #14
City: Dallas     State: TX     Zip Code: 75203

This trainee has successfully completed the TDI approved ALL-LINES Adjuster Certification course consisting of 40 hours of pre-licensing training as mandated by TDI (30 hours of classroom equivalent & 10 hours of self-study).

### Provider Information & Signature

I certify that the above student completed the course as certified by the Texas Department of Insurance. The date listed as the trainee completion date is the actual date of the successful completion. Furthermore, I certify that this course remains in compliance with 28 TAC 19.1007(a)(7).

10/18/2017
Date Signed

Official Signature of 1stChoiceCertification.com Representative

Mike Brown - Vice President
Official Title of 1stChoiceCertification.com Representative

1stChoiceCertification.com formerly known as ProEd Consultants Inc. (provider number 32504)
Address: 2317 Brownlee Blvd Suite A   Rowlett, Texas  75088

### THREE WAYS TO CONTACT OUR OFFICE

Phone: (972) 783-0084     Fax: (419) 791-8065     www.1stChoiceCertification.com

### Student Information & Signature

Date Signed

Official Signature of the Licensee

Licensee Social Security Number

Licensee Full Name (Please Print)