# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**TXu 1-960-998**

**Effective Date of Registration:**
April 02, 2015

---

### Title

**Title of Work:** Goodness of God

---

### Completion/Publication

**Year of Completion:** 2015

### Author

- **Author:** Levelle DeMar OBannon
  **Author Created:** text
  **Citizen of:** United States

### Copyright Claimant

**Copyright Claimant:** Levelle DeMar OBannon
6938 Norlynn Dr, Louisville

### Rights and Permissions

**Name:** Levelle O'Bannon

### Certification

**Name:** Levelle O'Bannon
**Date:** April 02, 2015