Bridgehaven Center for Peer Excellence

**Adult Peer Support Specialist**

This certifies that

# Levelle O'Bannon

has successfully completed the required Adult Peer Support Specialist Training outlined in 908 KAR 2:220 and approved by the Department for Behavioral Health, Developmental and Intellectual Disabilities and therefore as of

**August 12th 2022**

is an

**ADULT PEER SUPPORT SPECIALIST**

Susan Klusman Turner CPRP, APSS
Manager Bridgehaven Center for Peer Excellence

Stewart Bridgman Jr., MBA, LPAT
Chief Executive Officer / President Bridgehaven

Bridgehaven
MENTAL HEALTH SERVICES
Providing Hope and Recovery