Sep 25, 2023



Addiction Recovery Care
332 Riverbend Rd.
Louisa, Kentucky 41230

Levelle O'Bannon
velle6000@gmail.com

Dear Levelle,

Congratulations! We are pleased to offer you the position **Peer Support Specialist** with **Addiction Recovery Care, LLC (along with its affiliated companies, "ARC").** You will be reporting to **Joshua Burton**. As a member of the ARC team, you will have a challenging and rewarding career path. Provided you timely accept this offer, your start date is to be **Oct 9, 2023** with your orientation date expected to be **Oct 9, 2023**, but subject to change.

Your offer details are outlined below:

- **Position Location:** Crown Recovery Center
- **Position:** Full Time/Hourly/Non-Exempt
- **Salary:** $14.50 per Hour, paid bi-weekly
- **Schedule:** Your normal schedule will be determined by management. Schedules are subject to change based on the needs of the department and/or business and are determined by management.
- **Benefits:** You will be eligible to participate in Medical, Dental, Vision, Life Insurance and other ancillary plans on the 1st day of the month thirty-days (30) after hire. *Details of all benefit programs are outlined in the ARC Benefits Guide handbook and subject to all plan terms and changes.*
- **401(k):** You are eligible to participate in a company sponsored 401(k) plan with an employer match. *Details of all benefit programs are outlined in the ARC Benefits Guide handbook and subject to all plan terms and changes.*
- **PTO:** Group 1 Vacation Time prorated by the date of hire and 3 sick days (full-time only) available after ninety-days (90) of employment. *Details of all PTO groups/programs are outlined in the ARC Benefits Guide handbook and subject to changes.*
- **Holidays:** (11) For specific dates, refer to the company handbook and additions.
- **Other Employment Conditions:** Your employment is conditioned upon your completion and execution of our necessary employment documentation and agreements and our receipt of background and drug screenings relating to you with results that are satisfactory to us.

Sep 25, 2023



Addiction Recovery Care
332 Riverbend Rd.
Louisa, Kentucky 41230

This offer of employment is for at-will employment and is not for a specified/definite period of time.  We reserve the right to modify the above terms of your employment at any time with or without advance notice.

Please communicate your acceptance with regard to this offer by signing and returning this letter.  If accepted, you will receive an onboarding packet containing the items required to be completed prior to orientation..

Please contact me with any questions.  We look forward to working with you in achieving your hope, opportunity, and destiny!

Best Regards,

**Arron K. Rhodes**
Vice President | Human Resources
Addiction Recovery Care, LLC and affiliated entities
arron.rhodes@arccenters.com
(606) 653-1551

I hereby accept your offer of employment and acknowledge that no oral commitments have been made concerning such employment. Any acceptance of employment is made with my representation that there are no restrictions (contractual or otherwise) on my acceptance of such employment or the fulfillment of my duties as an employee of  Addiction Recovery Care, LLC   (along with its affiliated companies, "ARC").

| Signature: | Print Name: | Date: |
|---|---|---|
| Levelle O'Bannon (Oct 1, 2023 15:06 EDT) | Levelle O'Bannon | Oct 1, 2023 |