**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>PLAINTIFF )<br>)<br>v. )<br>)<br>LEVELLE O'BANNON (1) and )<br>JENNIFER O'BANNON (2) )<br>DEFENDANTS ) | CRIMINAL ACTION NO. 3:23-cr-23-DJH |

\* \* \* \* \* \* \*

## NOTICE OF FILING FOR DESCRIPTIONS OF EXHIBITS FILED AT DN 37

*ELECTRONICALLY FILED*

Comes Levelle O'Bannon, by counsel, Nick Mudd, and respectfully files this Notice of Filing for Descriptions of Exhibits Filed at DN 37:

- Exhibit # 1: LMPD Citation for Andrew Bradley April 15, 2020
- Exhibit # 2: October 25, 2017, Receipt from AOC for purchase of prior record
- Exhibit # 3: 2017 AOC Prior Record Printout
- Exhibit # 4: Expungement Eligibility Certification Notice
- Exhibit # 5: 1997 Pastor Certification
- Exhibit # 6: 1999 to 2007 Proof of Employment with Jeffboat
- Exhibit # 7: Integrity Real Estate Solutions LLC Filing with Secretary of State
- Exhibit # 8: The Home Builders Association of Louisville Certifications
- Exhibit # 9: Passport Stamp for 2008 India Mission Trip
- Exhibit # 10: KCTCS Transcript
- Exhibit # 11: HVAC License and HVAC Exam Certifications
- Exhibit # 12: Texas Department of Insurance Pre-Adjuster Course Completion Certification

- Exhibit # 13: "Goodness of God" book Certificate of Registration Copyright
- Exhibit # 14: Adult Peer Support Specialist Certification
- Exhibit # 15: Addiction Recovery Care (ARC) Employment Position Offer

Respectfully submitted,

/s/ NICK MUDD

_____
NICK MUDD
Attorney for Levelle O'Bannon
MUDD LEGAL GROUP, PLLC
600 W Main St
Suite 300
Louisville, Kentucky 40202
(502) 795-2529

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was filed on Tuesday, February 26, 2024, with service to all counselors of record, via ECF.

/s/ NICK MUDD

_____
NICK MUDD
Attorney for Defendant Levelle O'Bannon